IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

Plaintiff,

v. Cr. No. 1:26-cr-00348 MLG

ASA SHAW,

Defendant.

**NOTICE OF ADMINISTRATIVE FORFEITURE OF ASSETS**

The United States hereby notifies the Court and parties that certain assets identified in the forfeiture allegations of the Information (Doc. 1), have been forfeited by the Bureau of Alcohol Firearms and Tabacco in a related administrative forfeiture proceeding. Therefore, the United States will no longer seek forfeiture of the following assets in this proceeding:

a. eleven suspected silencers with no serial numbers;

b. a Surefire LLC SOCOM300-SPS 762 caliber silencer with serial number A49N02769;

c. a Glock 19 9mm caliber pistol with serial number CBEH367;

d. an Aero Precision X15 300 caliber rifle with serial number X522439;

e. a Mossberg 500 20-gauge shotgun with serial number MV06559119;

f. a Jimenez Arms J.A-9 9mm caliber pistol with serial number 053838;

g. a Remington Arms Company 870 l2-gauge shotgun with serial number FAF018473;

h. an Aero Precision JOD-M4 multi caliber rifle with serial number JODM400610,

i. an Aero Precision LAHAR-30L unknown caliber silencer with serial number LK-000165;

j. a CMMG MOD4 multi-caliber rifle with unknown serial number;

k. a DC Industries NDS-3 762 caliber rifle with serial number 3006964;

l. a Retay Arms LTD Gordion l2-gauge shotgun with serial number 73H23YT002785;

m. Uzi IMA MA unknown caliber rifle with serial number SA249l2;

n. an Izhmash (IMEZ) Saiga 762 caliber rifle with serial number X12101697;

o. a Bobcat Weapons Inc BW5 suspected machinegun with unknown serial number;

p. a Suspected Machinegun with serial number 57348;

q. a Suspected Machinegun model AKM-47S 7.62x39 caliber with unknown serial number;

r. a Suspected Machinegun Bren MK II receiver;

s. a Suspected Machinegun 1919A-5 .30 caliber receiver;

t. an Odin Works Inc OTR-15 multi-caliber receiver with serial number OW2200401;

u. an HM Defense HM-15F 223 caliber receiver with serial number HM006057;

v. suspected Ruger trigger assembly parts;

w. a suspected receiver with serial number 9992312;

x. eight suspected receivers with no markings;

y. suspected HK trigger assembly parts;

z. an AK 7.62 caliber receiver with serial number BE0544;

aa. a drum-style magazine and holster;

bb. assorted ammunition;

cc. a Drill Press;

dd. a M16 Drill JIG - New Frontier Armory brand;

ee. a CNC machine with dolly;

ff. assorted firearm manufacturing tools;

gg. a Lake City 556 caliber round of suspected Armor Piercing ammunition;

hh. fifty-six suspected machinegun conversion devices;

ii. casing and ammunition links for belt-fed weapon;

jj. a suspected machinegun model M2 with serial number MU2348G; and

kk. numerous bottles of Chemical CERAKOTE.

Respectfully submitted,

TODD BLANCHE
Acting Attorney General
RYAN ELLISON
First Assistant United States Attorney

*/s/ Electronically Submitted*
STEPHEN R. KOTZ
Assistant U.S. Attorney
201 Third St. NW, Suite 900
Albuquerque, New Mexico 87102
(505) 346-7274

I HEREBY CERTIFY that I filed the foregoing pleading electronically through the CM/ECF system, which caused the parties or counsel to be served by electronic means, as more fully reflected in the Notice of Electronic Filing.

*/s/ Stephen R. Kotz*
STEPHEN R. KOTZ
Assistant U.S. Attorney