**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 26-CR-348 MLG** |
| | ) | |
| **ASA SHAW,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S UNOPPOSED MOTION TO EXTEND TIME TO FILE SENTENCING PLEADINGS**

Defendant Asa Shaw, by and through his counsel of record, Assistant Federal Public Defender Melissa Ayn Morris, respectfully moves this Court for an order extending the time in which to file his objections to the presentence report (PSR) and sentencing memorandum. In support of this motion, Mr. Shaw states as follows:

1. On January 30, 2026, Mr. Shaw pleaded guilty pursuant to an 11(c)(1)(B) plea agreement to one count of Trafficking in Firearms, one count of Possession of a Machinegun, and Possession of an Unregistered Firearm, in violation of 18 U.S.C. §§ 933(a)(1) and 922(0), and 26 U.S.C. § 5861(d). (Doc. 4).

2. On March 27, 2026, the U.S. Probation Office filed the PSR in this matter. (Doc. 10).

3. On June 10, 2026, Mr. Shaw filed an Unopposed Motion to Vacate and Continue Sentencing Hearing and Extend Deadlines. (Doc. 17). Hearing in this matter was reset for October 1, 2026. (Doc. 18).

4. Pursuant to D.N.M.LR-Cr. 32, any objections and/or motion for departure, as well as a sentencing memorandum, must be filed by September 17, 2026. *See* D.N.M.LR-Cr. 32.

5. Counsel respectfully requests additional time to complete the pleadings and address issues necessary for a complete and adequate submission. Good cause exists for a brief extension to allow counsel the additional time necessary to complete and finalize the pleadings.

6. Based on the foregoing, Mr. Shaw is requesting a 4-day extension to the current deadline for filing pleadings, making the new deadline September 21, 2026.

7. Counsel for the United States, Assistant United States Attorney Rachel Eagle, does not oppose this request for an extension of time in which to file sentencing pleadings.

WHEREFORE, Mr. Shaw respectfully requests that this Court grant his motion and extend the current deadline in which to file sentencing pleadings until September 21, 2026.

Respectfully Submitted,

**FEDERAL PUBLIC DEFENDER**
111 Lomas Blvd. NW, Suite 501
Albuquerque, NM 87102
T: (505) 346-2489 | F: (505) 346-2494
melissa_morris@fd.org

***Electronically filed September 17, 2026***
/s/ Melissa A. Morris
Assistant Federal Public Defender
Attorney for Mr. Shaw